# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20587

United States Court of Appeals
Fifth Circuit

**FILED**
June 26, 2017

Lyle W. Cayce
Clerk

ERIC FLORES,

Plaintiff–Appellant,

versus

R. MOORE; M. ROESLER; JESUS PERALTA,

Defendants–Appellees.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-2220

Before JONES, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Eric Flores, Texas prisoner # 2051801, moves for authorization to proceed *in forma pauperis* ("IFP") following the dismissal of his 42 U.S.C.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 1983 complaint.  Because Flores has raised only fanciful allegations, including claims that he has already been executed and that the defendants have utilized deadly technology to torture him and his parents, he has failed to show that he should be allowed to proceed IFP on appeal under 28 U.S.C. § 1915(g) or that his appeal presents a nonfrivolous issue.  *See Banos v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998); *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982).  The motion for leave to proceed IFP is denied.

The facts surrounding the IFP request are inextricably intertwined with the merits of the appeal.  *See Baugh v. Taylor*, 117 F.3d 197, 202 & n.24 (5th Cir. 1997).  The appeal presents no nonfrivolous issues and is DISMISSED as frivolous.  *See* 5TH CIR. R. 42.2.  Flores is WARNED that any future frivolous, repetitive, or otherwise abusive filings will subject him to additional and progressively more severe sanctions.  Flores is DIRECTED to review all pending matters and to move to dismiss any that are frivolous, repetitive, or otherwise abusive.